**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 52 MAP 2024 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Carbon County Court of Common |
| | : | Pleas, Criminal Division, at No. CP- |
| v. | : | 13-CR-0000155-2020 dated |
| | : | February 20, 2024. |
| | : | |
| MARK ANDREW MUMICH, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**                                    **DECIDED:  January 22, 2025**

**AND NOW,** this 22nd day of January, 2025, the Order granting the post-sentence motion filed by Mark Andrew Mumich is **VACATED**, and the case is **REMANDED** to the trial court for reconsideration in light of the Court's decision in *Commonwealth v. Torsilieri*, 316 A.3d 77 (Pa. 2024) and to ascertain and consider the applicable SORNA subchapter. Jurisdiction relinquished.